```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

MICHAEL DISHNO                                           PLAINTIFF

vs.                    CASE No. 04-2196

PATMONT MOTOR WERKS, INC.,
PATMONT MOTOR WERKS, STEVE
PATMONT, GABE PATMONT, and
TIM PATMONT                                             DEFENDANTS

## **J U D G M E N T**

On the 22nd day of August 2005, this matter came on for trial to a duly selected jury consisting of eight members. Prior to the case being submitted to the jury, plaintiff dismissed his claims against Defendant Patmont Motor Werks on the record. On August 23, 2005, the case was submitted to the jury as against Defendants Patmont Motor Werks, Inc., Steve Patmont, Gabe Patmont, and Tim Patmont. A unanimous decision was reached as to the following interrogatories:

### INTERROGATORY NO. 1

On plaintiff's strict liability claim, we the jury find in favor of:

    PLAINTIFF     \_\_\_\_\_

    DEFENDANTS    \_\_X\_\_

### INTERROGATORY NO. 2

A. On plaintiff's negligence claim, do you find from the preponderance of the evidence that there was negligence on the part of defendants which was a proximate cause of any damages?

    YES     \_\_\_\_\_
    NO      \_\_X\_\_

INTERROGATORY NO. 3

On plaintiff's breach of implied warranty of merchantability claim, we the jury find in favor of:

    PLAINTIFF    \_\_\_\_\_

    DEFENDANTS    __X__

INTERROGATORY NO. 4

On plaintiff's breach of implied warranty of fitness for particular purpose claim, we the jury find in favor of:

    PLAINTIFF    \_\_\_\_\_

    DEFENDANTS    X

INTERROGATORY NO. 5

On plaintiff's breach of express warranty claim, we the jury find in favor of:

    PLAINTIFF    \_\_\_\_\_

    DEFENDANTS    __X__

IT IS ORDERED AND ADJUDGED in accordance with the answer to such interrogatories and verdict, that the plaintiff takes nothing on his complaint filed herein. This matter is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of August 2005.

                                        /S/JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE